**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joyce L. Oslacky                                    CHAPTER 13
         Michael J. Oslacky
                      Debtor(s)                             BKY. NO. 23-20213 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ **Brian C. Nicholas**
                                   Brian Nicholas
                                   03 Feb 2023, 15:55:49, EST

                     Brian C. Nicholas, Esq. (317240)  ☑
                     Denise Carlon, Esq. (317226)    ☐
                     KML Law Group, P.C.
                     BNY Mellon Independence Center
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106
                     412-430-3594
                     bkgroup@kmllawgroup.com