## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 23-20213 JAD |
| MICHAEL J. OSLACKY AND | ) |
| JOYCE L. OSLACKY, | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| | ) Docket No. 56 |
| ROCKET MORTGAGE, LLC, | ) Related to Docket No. |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 9 |
| | ) |
| MICHAEL J. OSLACKY AND | ) |
| JOYCE L. OSLACKY AND | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtors, Michael J. Oslacky and Joyce L. Oslacky, by and through their attorney, who respectfully represents the following:

1. On or about January 31, 2023, Debtors filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. Rocket Mortgage, LLC. filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$893.17** is being **increased** to **$896.02** effective **12/1/2023**.

WHEREFORE, the Debtors request that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 11/15/2023

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203

(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtors, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 15th day of November, 2023, by Electronic Filing and U.S. Mail, first class, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Rocket Mortgage, LLC |
| Chapter 13 Trustee | Attn: Brian C. Nicholas, Esquire |
| cmecf@chapter13trusteewdpa.com | bnicholas@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412 471-9670