**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL J. OSLACKY<br>JOYCE L OSLACKY<br><br>        Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>        Movant<br>    vs.<br>CAPITAL ONE AUTO FINANCE - DIV<br>CAPITAL ONE NA<br><br>        Respondents | Case No. 23-20213JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    VEHICLE TOTALED

| | |
|---|---|
| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Court claim# 14/Trustee CID# 6 |

The Movant further certifies that on 06/05/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MICHAEL J. OSLACKY, JOYCE L OSLACKY, 517 HIGHLAND AVENUE N, OAKDALE, PA  15071 | RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA 15057 |
| ORIGINAL CREDITOR: | : |
| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA, C/O AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON, TX  77210 | CAPITAL ONE AUTO FINANCE**, C/O AIS PORTFOLIO SERVICES LP, ATTN BANKRUPTCY NOTICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118 |
| NEW CREDITOR: | |