# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 23-20213 JAD |
|    MICHAEL J. OSLACKY AND | ) |
|    JOYCE L. OSLACKY, | ) Chapter 13 |
|        Debtors. | ) |
| | ) Docket No. 60 |
|    MICHAEL J. OSLACKY AND | ) Related to Docket No. 59, (Claim No. 14) |
|    JOYCE L. OSLACKY, | ) |
|        Movants, | ) |
| | ) Hearing Date & Time: |
|       vs. | ) |
| | ) |
|    NO RESPONDENTS. | ) |

## STATUS REPORT

AND NOW, comes the Debtors, Michael J. Oslacky and Joyce L. Oslacky by and through their attorney Rodney D. Shepherd, who represents the following:

1. Debtors filed a Chapter 13 Bankruptcy on January 31, 2023.

2. One of the assets listed on Schedule B was a 2017 Hyundai Santa Fe Sport titled only in the Co-Debtor, Joyce L. Oslacky's name.

3. The above vehicle was determined to be a total loss on May 9, 2024. An automobile policy was maintained on the 2017 Hyundai Sante Fe Sport through Nationwide Insurance.

4. The lender, Capital One Auto Finance has provided Nationwide with a pay-off of $4,546.14. Nationwide has determined that there remains a positive equity amount of $7,200.86.

5. Nationwide will make a direct payment of $4,566.14 to Capital One Auto Finance, c/o AIS Portfolio Services, P.O. Box 4360, Houston, TX 77210. Since the equity portion of $7,200.86 can be exempted in its' entirety and Amendment of Schedules has been filed, this amount will be paid by Nationwide directly to the Co-Debtor, Joyce L. Oslacky.

WHEREFORE, the Debtors submit the following status report for the Court's consideration.

      Respectfully submitted,
      /s/ Rodney D. Shepherd
      Rodney D. Shepherd, Esquire
      Attorney for the Debtors
      rodsheph@cs.com
      2403 Sidney Street
      Suite 208
      Pittsburgh, PA 15203
      (412) 471-9670

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, Attorney for the Debtors hereby certifies that a true and correct copy of Debtors' Status Report, was served on the 25th day of June, 2024, upon the following:

Ronda J. Winnecour, Esquire
Office of the Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

                                      By: /s/ Rodney D. Shepherd
                                            Rodney D. Shepherd
                                            Attorney for the Debtors