## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 23-20213 JAD |
|    MICHAEL J. OSLACKY AND | ) |
|    JOYCE L. OSLACKY, | ) Chapter 13 |
|       Debtors. | ) |
| | ) Docket No. 67 |
|    ROCKET MORTGAGE, | ) Related to Docket No. |
| | ) |
|       Movant, | ) Hearing Date & Time: |
| | ) |
|    vs. | ) Claim No. 9 |
| | ) |
|    MICHAEL J. OSLACKY, | ) |
|    JOYCE L. OSLACKY AND | ) |
|    RONDA J. WINNECOUR | ) |
|    CHAPTER 13 TRUSTEE, | ) |
|       Respondents. | ) |

### DECLARATION OF MORTGAGE PAYMENT CHANGE

     And Now, comes the Debtors, Michael J. Oslacky and Joyce L. Oslacky, by and through their attorney, who respectfully represents the following:

     1. On or about January 31, 2023, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

     2. Rocket Mortgage filed a Notice of Mortgage Payment Change on 10/31/2024.

     a) The monthly mortgage payment of **$896.02** is being **increased** to **$896.50** effective **12/1/2024**.

     3. In all other respects the Declaration that was filed shall remain the same.

WHEREFORE, the Debtors request that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amounts.

|  |  |
|---|---|
| Date: 10/31 /2024 | Respectfully submitted. /s/ Rodney D. Shepherd Rodney D. Shepherd, Esquire Attorney for the Debtors PA I.D. No. 56914 2403 Sidney Street Suite 208 Pittsburgh, PA 15203 (412) 471-9670 rodsheph@cs.com |

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtors, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 31st day of October, 2024, by Electronic Filing, upon the following:

Ronda J. Winnecour, Esquire            Citizens Bank
Chapter 13 Trustee                     Attn: Brett Lemon, Esq.
cmecf@chapter13trusteewdpa.com         blemon@kmllawgroup.com

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412 471-9670