IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : MICHAEL J. OSLACKY AND JOYCE L. OSLACKY,<br>    Debtor(s) | BANKR. NO. 23-20213 JAD<br><br>CHAPTER NO. 13 |
| MICHAEL J. OSLACKY AND JOYCE L. OSLACKY,<br>    Movants,<br><br>vs.<br><br>VELOCITY INVESTMENTS, LVNV FUNDING, CAPITAL ONE, FIRST NATIONAL BANK OF OMAHA, GENESIS, ROCKET MORTGAGE, CF MEDICAL, MIDLAND CREDIT MGT., RESURGENT RECEIVABLES, CAPITAL ONE AUTO FINANCE, TD BANK, ALLY BANK, MARINER FINANCE, JEFFERSON CAPITAL, PORTFOLIO RECOVERY, SLEEP WELLNESS, U.S. TRUSTEE AND RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br>    Respondents. | Docket No. 70<br>Related to Docket No. 69<br><br>Hearing Date & Time: 8/19/2025 at 10:00 a.m. |

NOTICE OF HYBRID HEARING WITH RESPONSE DEADLINE
REGARDING MOTION OF MICHAEL J. OSLACKY AND JOYCE L. OSLACKY ON
MOTION TO PURCHASE AND/OR LEASE A MOTOR VEHICLE

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movants a response to the Motion by no later than August 11, 2025, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at

www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Objection to a lawyer at once.

A "hybrid" hearing will be held on August 19, 2025, at 10 a.m. before Judge Jeffery A. Deller. A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in person or remotely utilizing the Zoom Video Conference Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at the date and time stated above.

Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473. or alternatively, you may use the following Meeting ID: 160 0928 3473.

All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court website at https://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date Of Service: 7/25/2025

/ s/ Rodney D. Shepherd
Rodney D. Shepherd, Esq.
Attorney for the Debtors
2403 Sidney Street, Suite 208, Pgh., PA 15203
412-471-9670
PA I.D. No. 56914
rodsheph@cs.com

Zoom Self-Scheduled Hearing Notice (updated 1/19/2021)