**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MICHAEL J. OSLACKY AND JOYCE L. OSLACKY, | ) Bankr. No. 23-20213 JAD ) |
| Debtors. | ) Chapter 13 ) |
| MICHAEL J. OSLACKY AND JOYCE L. OSLACKY, | ) Docket No. 71 ) Related to Docket No. 69, 70 ) |
| Movants, | ) Hearing Date & Time: 8/19/2025 at 10:00 a.m. ) |
| vs. | ) ) |
| LVNV FUNDING, VELOCITY INVESTMENTS, CAPITAL ONE, FIRST NATIONAL BANK OF OMAHA, GENESIS, ROCKET MORTGAGE, CF MEDICAL, MIDLAND CREDIT MGT., RESURGENT RECEIVABLES, CAPITAL ONE AUTO FINANCE, TD BANK, ALLY BANK, MARINER, FINANCE, JEFFERSON CAPITAL, PORTFOLIO RECOVERY, SLEEP, WELLNESS, UPSTART NETWORK, U.S. TRUSTEE AND RONDA J. WINNECOUR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

**AMENDED**
**CERTIFICATE OF SERVICE**

      I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Motion to Purchase and/or lease a motor vehicle, Proposed Order, Certificate of Service and Hearing Notice were served on the 25th of July 2025 by *e-mail and **electronic filing, upon the following:

LVNV Funding, LLC.*
c/o Resurgent Capital Services
Attn: Korinny Sanchez and
 David Lamb, Claims Processors
askbk@resurgent.com

Ronda J. Winnecour**
Chapter 13 Trustee
ecf@chapter13trusteewdpa

Capital One*                                        Submitted by: /s/ Rodney D. Shepherd

Attn: Ashley Boswell, BK Specialist
POC_AIS@aisinfo.com*
FNB of Omaha
c/o Collector of BK
collecadminbankruptcy@finni.com

Quantum3/Genesis*
Attn: Jettie Brown
claims@quantum3Group.com

Quantum3/CF Medical*
Attn: Fredy Tlatenchi
claims@quantum3group.com

Midland Credit Management*
Attn: Jovanka Hujdurovic
bankruptcydm@mcmcg.com

TD Bank*
Attn: Jordan Morrison
bncmail@w-legal.com

Ally Bank*
Attn: Shersingh Rathod
ECFNotices@aisinfo.com

Capital One*
Attn: Arpan Parmar
POC_AIS@aisinfo.com

Portfolio Revovery Associates*
Attn: Portia S. Kitt
Bankruptcy_Info@prareceivables.com

Capital One Auto Finance*
Attn: Ashutosh Pandey
ECFNotice@aisinfo.com

Ally Bank*
Attn: Lorel Thompson
askbk@resurgent.com

Capital One Auto Finance*
Attn: Bharat Gurkha
ECFNotices@aisinfo.com

Resurgent Capital*
Attn: Korinny Sanchez
askbk@resurgent.com

Mariner Finance*
Attn: Alannah Gohen
bankruptcy@marinerfinance.com

Quantum3/Velocity Investments*
Attn: Fredy Tlatenchi
claims@quantum3group.com

Portfolio Recovery Associates*
Attn: Ebony Russell
Bankruptcy_Info@prareceivables.com

Office of the U.S. Trustee**
ustpregion03.pi.ecf@usdoj.gov

Rocket Mortgage**
Attn: Denise Carlon, Esq.
dcarlon@kmllawgroup.com

Rodney D. Shepherd, Esq.
Attorney for the Debtors
PA I.D. 56914
rodsheph@cs.com
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Jefferson Capital*
Attn: Shannon Johnson
Bankruptcy@JCAP.com

Jefferson Capital*
Attn: Nancy Mehrenberg
Bankruptcy@JCAP.com

LVNV Funding*
Attn: Brandie McCann
askbk@resurgent.com

Resurgent Capital*
Attn: Brandie McCann
askbk@resurgent.com

UpStart Network*
DocumentFiling@lclinic.com

Sleep Wellness*
Attn: Carter Conley
carter@chaptholdings.com