**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MICHAEL J. OSLACKY AND JOYCE L. OSLACKY, Debtors. | ) Bankr. No. 23-20213 JAD ) ) Chapter 13 ) |
| MICHAEL J. OSLACKY AND JOYCE L. OSLACKY, Movants, vs. NO RESPONDENTS. | ) Docket No. 72 ) Related to Docket Nos. 69, 70, 71 ) ) ) ) Hearing Date & Time: 8/19/2025 ) at 10:00 a.m. ) ) |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion Seeking Authority to Purchase And/or Lease a Motor Vehicle**

    The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion Seeking Authority to Purchase And/Or Lease a Motor Vehicle has been received appears thereon. Pursuant to the Hearing Notice attached with the Motion Seeking Authority to Purchase And/Or Lease a Motor Vehicle responses were to be filed and served no later than August 11, 2025. It is hereby respectfully requested that an order be entered by the Court with respect to the Motion Seeking Authority to Purchase And/Or Lease a Motor Vehicle.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esq.
Attorney for the DebtorS
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney St., Ste. 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 8/12/2025