UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | B.R. No. 23-20213 JAD |
| MICHAEL OSLACKY | ) | |
| AND JOYCE L. | ) | Chapter 13 |
| OSLACKY, | ) | |
|     Debtors. | ) | |
| | ) | |
| MICHAEL OSLACKY | ) | Related to Docket No. 69 |
| AND JOYCE L. | ) | |
| OSLACKY, | ) | |
|     Movants, | ) | Hearing Date & Time: 8/19/2025 at 10:00 a.m. |
| | ) | |
| vs. | ) | |
| | ) | |
| VELOCITY INVESTMENTS | ) | |
| LVNV FUNDING, CAPITAL | ) | |
| ONE, FIRST NATIONAL | ) | |
| BANK OF OMAHA, | ) | |
| GENESIS, ROCKET | ) | **DEFAULT O/E JAD** |
| MORTGAGE, CF MEDICAL | ) | |
| MIDLAND CREDIT MGT., | ) | |
| RESURGENT | ) | |
| RECEIVABLES, CAPITAL | ) | |
| ONE AUTO FINANCE, TD | ) | |
| BANK, ALLY BANK, | ) | |
| MARINER FINANCE, | ) | |
| JEFFERSON CAPITAL, | ) | |
| PORTFOLIO RECOVERY, | ) | |
| SLEEP WELLNESS, U.S. | ) | |
| TRUSTEE AND RONDA J. | ) | |
| WINNECOUR, CHAPTER | ) | |
| 13 TRUSTEE, | ) | |
| | ) | |
|     Respondents. | ) | |

**ORDER**

This matter, having come before the undersigned Judge on the Motion of the Debtors to approve Debtors' purchase and/or lease of a vehicle, and it appears to the Court that the Debtors are entitled to the relief they seek through this Motion, it is hereby

ORDERED, that the Debtors' privilege to purchase and/or lease a vehicle with a monthly payment not to exceed $500.00 plus interest is approved.

Further, it is ORDERED that a report of financing shall be filed within 14 days of the closing date of the approved loan and a new Proposed Order incorporating such information .

Further, it is ORDERED should financing not be obtained within 60 days from the entry of this Order, the Debtors shall file a status report to indicate whether they are continuing to seek financing or have abandoned such effort.

Further, it is ORDERED that all payments for the vehicle loan will be paid through the Chapter 13 Trustee based on the new Proposed Order, and an amended plan will be filed within forty-five days.

Further, it is ORDERED that to ensure prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan.  The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

Further, it is ORDERED that upon the filing of the report of financing, the Chapter 13 trustee is authorized to cease making payments to the pre-petition automobile lender on account of the pre-petition loan.  Pending confirmation of any amended plan providing for the post-petition loan payments, the trustee is authorized to make monthly adequate protection payments to the Post-Petition Automobile Lender for the contract amount so long as sufficient supplemental funds are provided by Debtors.

Further, it is Ordered that notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the Post-Petiton Automobile Lender.

Further, it is Ordered that Debtors shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and file proof of the same with the Court.

_____  sjk
Jeffery A. Deller
United States Bankruptcy Judge

Date:    August 14, 2025

FILED
8/14/25 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20213-JAD |
| Michael J. Oslacky | Chapter 13 |
| Joyce L Oslacky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Oslacky, Joyce L Oslacky, 517 Highland Avenue N, Oakdale, PA 15071-1121 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Michael J. Oslacky rodsheph@cs.com |
| Rodney D. Shepherd | on behalf of Joint Debtor Joyce L Oslacky rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |