**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankr. No. 23-20213 JAD |
|    MICHAEL J. OSLACKY AND | ) |
|    JOYCE L. OSLACKY, | ) Chapter 13 |
|         Debtors. | ) |
| | ) Docket No. 78 |
|    ROCKET MORTGAGE, LLC., | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 9 |
| | ) |
|    MICHAEL J. OSLACKY AND | ) |
|    JOYCE L. OSLACKY, | ) |
|         Respondents. | ) |

**DECLARATION OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtors, Michael J. Oslacky and Joyce L. Oslacky, by and through their attorney, who respectfully represents the following:

1.  On or about January 31, 2023, Debtors filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to correct a previous notice that was filed.

3. Rocket Mortgage, LLC filed a Notice of Mortgage Payment Change on 10/23/2025.

a) The monthly mortgage payment of **$896.50** is being **increased** to **$960.73** effective **12/1/2025**.

4.  In all other respects the Declaration that was filed shall remain the same.

WHEREFORE, the Debtors request that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amounts.

Date: 10/24 /2025

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtors
PA I.D. No. 56914
2403 Sidney Street
Suite 208

Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, attorney for the Debtors, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 24th day of October, 2025, by Electronic Filing, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | Rocket Mortgage, LLC. |
| Chapter 13 Trustee | Attn: Denise Carlon, Esquire |
| cmecf@chapter13trusteewdpa.com | dcarlon@kmllawgroup.com |

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtors
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
412 471-9670