CO. FILE  DEPT.  CLOCK  NUMBER
WKP  009608  674228         0027625161  010  1

# Earnings Statement 

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 02/01/2025
Period Ending: 02/14/2025
Pay Date: 02/21/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 15.00 | 240.00 | 240.00 |
| **Gross Pay** | | | **$240.00** | 240.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -14.88 | 14.88 |
| | Medicare Tax | -3.48 | 3.48 |
| | PA State Income Tax | -7.37 | 7.37 |
| | Oakdale Boro Income Tax | -2.40 | 2.40 |
| | Oakdale Boro Local Svc Tax | -2.00 | 2.00 |
| | PA SUI Tax | -0.17 | 0.17 |
| **Net Pay** | | | **$209.70** |
| **Net Check** | | | **$209.70** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15.00 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 15.3800 TO 16.0000.

**Additional Tax Withholding Information**

Taxable Marital Status:
  PA:  Married

Your federal taxable wages this period are $240.00

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

WKP                                60-162/433
Payroll check number: 0027625161
Pay date: 02/21/2025

Pay to the order of: **MICHAEL J OSLACKY**

This amount: **TWO HUNDRED NINE AND 70/100 DOLLARS**        $209.70

ASSISTANCE WITH VERIFICATION CALL 1-800-423-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

 PNC



| CO. | FILE | DEPT. | CLOCK | NUMBER | 018 |
|---|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0027625370 | 1 |

**Earnings Statement** ADP

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 02/15/2025
Period Ending: 02/28/2025
Pay Date: 03/07/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 27.00 | 432.00 | 672.00 |
| Gross Pay | | | $432.00 | 672.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -26.78 | 41.66 |
| | Medicare Tax | -6.26 | 9.74 |
| | PA State Income Tax | -13.26 | 20.63 |
| | Oakdale Boro Income Tax | -4.32 | 6.72 |
| | Oakdale Boro Local Svc Tax | -2.00 | 4.00 |
| | PA SUI Tax | -0.30 | 0.47 |
| Net Pay | | $379.08 | |
| Net Check | | $379.08 | |

Your federal taxable wages this period are $432.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 27.00 | |

**Deposits**
Account No.                    xxxxxx4198
Transit/ABA                    xxxx xxxx
Pending

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:     Married

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

WKP                                60-162/433
Payroll check number: 0027625370
Pay date:             03/07/2025

Pay to the order of: MICHAEL J OSLACKY

This amount: THREE HUNDRED SEVENTY NINE AND 08/100 DOLLARS     $379.08

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-421-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK




# Earnings Statement 

| | |
|---|---|
| JO'H PRODUCE | Period Beginning: 03/01/2025 |
| 1 PROGRESS ROAD | Period Ending: 03/14/2025 |
| BILLERICA, MA 01821 | Pay Date: 03/21/2025 |
| (978)663-9000 | |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 22.00 | 352.00 | 1,024.00 |
| Gross Pay | | | **$352.00** | 1,024.00 |

**Deductions**

| Statutory | | |
|---|---|---|
| Social Security Tax | -21.83 | 63.49 |
| Medicare Tax | -5.11 | 14.85 |
| PA State Income Tax | -10.81 | 31.44 |
| Oakdale Boro Income Tax | -3.52 | 10.24 |
| Oakdale Boro Local Svc Tax | -2.00 | 6.00 |
| PA SUI Tax | -0.25 | 0.72 |
| **Net Pay** | **$308.48** | |
| Checking | -308.48 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 22.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:      Married

Your federal taxable wages this period are $352.00

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000120042
Pay date: 03/21/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $308.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.    FILE    DEPT.   CLOCK  VCHR. NO.
WKP   009608   674228          0000140042   1
```

# Earnings Statement



Period Beginning: 03/15/2025
Period Ending: 03/28/2025
Pay Date: 04/04/2025

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 14.00 | 224.00 | 1,248.00 |
| Gross Pay | | | $224.00 | 1,248.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -13.89 | 77.38 |
| | Medicare Tax | -3.25 | 18.10 |
| | PA State Income Tax | -6.88 | 38.32 |
| | Oakdale Boro Income Tax | -2.24 | 12.48 |
| | Oakdale Boro Local Svc Tax | -2.00 | 8.00 |
| | PA SUI Tax | -0.15 | 0.87 |
| Net Pay | | $195.59 | |
| Checking | | -195.59 | |
| Net Check | | $0.00 | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 14.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married

Your federal taxable wages this period are $224.00

© 2000 ADP, Inc.

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000140042
Pay date: 04/04/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $195.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
WKP 009608 674228 0000160043 1

# Earnings Statement 

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 03/29/2025
Period Ending: 04/11/2025
Pay Date: 04/18/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 25.00 | 400.00 | 1,648.00 |
| **Gross Pay** | | | **$400.00** | 1,648.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -24.80 | 102.18 |
| | Medicare Tax | -5.80 | 23.90 |
| | PA State Income Tax | -12.28 | 50.60 |
| | Oakdale Boro Income Tax | -4.00 | 16.48 |
| | Oakdale Boro Local Svc Tax | -2.00 | 10.00 |
| | PA SUI Tax | -0.28 | 1.15 |
| **Net Pay** | | **$350.84** | |
| | Checking | -350.84 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 25.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:     Married

Your federal taxable wages this period are $400.00

© 2006 ADP, Inc.

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000160043
Pay date: 04/18/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL J OSLACKY | xxxxxx4198 | xxxx xxxx | $350.84 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0000180046 | |

# Earnings Statement

**ADP**

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 04/12/2025
Period Ending: 04/25/2025
Pay Date: 05/02/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 15.00 | 240.00 | 1,888.00 |
| **Gross Pay** | | | **$240.00** | 1,888.00 |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15.00 | |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Social Security Tax | -14.88 | 117.06 |
| Medicare Tax | -3.48 | 27.38 |
| PA State Income Tax | -7.37 | 57.97 |
| Oakdale Boro Income Tax | -2.40 | 18.88 |
| Oakdale Boro Local Svc Tax | -2.00 | 12.00 |
| PA SUI Tax | -0.17 | 1.32 |
| **Net Pay** | | **$209.70** |
| Checking | -209.70 | |
| **Net Check** | | **$0.00** |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:        Married

Your federal taxable wages this period are $240.00

© 2006 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000180046
Pay date: 05/02/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $209.70 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO: | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0000200042 |

# Earnings Statement 

JO'H PRODUCE  
1 PROGRESS ROAD  
BILLERICA, MA 01821  
(978)663-9000

Period Beginning: 04/26/2025  
Period Ending: 05/09/2025  
Pay Date: 05/16/2025

Filing Status: Married filing jointly  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

MICHAEL J OSLACKY  
517 HIGHLAND AVE  
OAKDALE PA 15071

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 22.00 | 352.00 | 2,240.00 |
| **Gross Pay** | | | **$352.00** | 2,240.00 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -21.82 | 138.88 |
| Medicare Tax | -5.10 | 32.48 |
| PA State Income Tax | -10.81 | 68.78 |
| Oakdale Boro Income Tax | -3.52 | 22.40 |
| Oakdale Boro Local Svc Tax | -2.00 | 14.00 |
| PA SUI Tax | -0.25 | 1.57 |
| **Net Pay** | **$308.50** | |
| Checking | -308.50 | |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 22.00 | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:  
  PA:  Married

Your federal taxable wages this period are $352.00

© 2000 ADP, Inc.

---

JO'H PRODUCE  
1 PROGRESS ROAD  
BILLERICA, MA 01821  
(978)663-9000

Advice number: 00000200042  
Pay date: 05/16/2025

Deposited to the account of  
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $308.50 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
WKP 009608 674228  0000220042 1

# Earnings Statement 

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 05/10/2025
Period Ending: 05/23/2025
Pay Date: 05/30/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 25.00 | 400.00 | 2,640.00 |
| **Gross Pay** | | | **$400.00** | 2,640.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -24.80 | 163.68 |
| | Medicare Tax | -5.80 | 38.28 |
| | PA State Income Tax | -12.28 | 81.06 |
| | Oakdale Boro Income Tax | -4.00 | 26.40 |
| | Oakdale Boro Local Svc Tax | -2.00 | 16.00 |
| | PA SUI Tax | -0.28 | 1.85 |
| **Net Pay** | | **$350.84** | |
| | Checking | -350.84 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 25.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Married

Your federal taxable wages this period are $400.00

© 2000 ADP, Inc.

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000220042
Pay date: 05/30/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $350.84 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. |
|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0000240040  1 |

# Earnings Statement

**ADP**

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 05/24/2025
Period Ending: 06/06/2025
Pay Date: 06/13/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 22.00 | 352.00 | 2,992.00 |
| **Gross Pay** | | | **$352.00** | 2,992.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -21.82 | 185.50 |
| | Medicare Tax | -5.10 | 43.38 |
| | PA State Income Tax | -10.81 | 91.87 |
| | Oakdale Boro Income Tax | -3.52 | 29.92 |
| | Oakdale Boro Local Svc Tax | -2.00 | 18.00 |
| | PA SUI Tax | -0.24 | 2.09 |
| **Net Pay** | | **$308.51** | |
| Checking | | -308.51 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 22.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:     Married

Your federal taxable wages this period are $352.00

© 2000 ADP, Inc.

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000240040
Pay date: 06/13/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx4198 | xxxx | xxxx | $308.51 |



**NON-NEGOTIABLE**

THIS IS NOT A CHECK

# Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0000260041 | 1 |

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 06/07/2025
Period Ending: 06/20/2025
Pay Date: 06/27/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 24.00 | 384.00 | 3,376.00 |
| **Gross Pay** | | | **$384.00** | 3,376.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -23.81 | 209.31 |
| | Medicare Tax | -5.57 | 48.95 |
| | PA State Income Tax | -11.79 | 103.66 |
| | Oakdale Boro Income Tax | -3.84 | 33.76 |
| | Oakdale Boro Local Svc Tax | -2.00 | 20.00 |
| | PA SUI Tax | -0.27 | 2.36 |
| **Net Pay** | | **$336.72** | |
| Checking | | -336.72 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Married

Your federal taxable wages this period are $384.00

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000260041
Pay date: 06/27/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $336.72 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0000360042 | 1 |

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 08/16/2025
Period Ending:   08/29/2025
Pay Date:        09/05/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 24.00 | 396.00 | 5,345.50 |
| **Gross Pay** | | | **$396.00** | 5,345.50 |

### Deductions

| Statutory | | |
|---|---|---|
| Social Security Tax | -24.55 | 331.42 |
| Medicare Tax | -5.74 | 77.51 |
| PA State Income Tax | -12.16 | 164.13 |
| Oakdale Boro Income Tax | -3.96 | 53.47 |
| Oakdale Boro Local Svc Tax | -2.00 | 30.00 |
| PA SUI Tax | -0.28 | 3.74 |
| **Net Pay** | | **$347.31** |
| Checking | -347.31 | |
| **Net Check** | | **$0.00** |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24.00 | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:  Married

Your federal taxable wages this period are $396.00

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000360042
Pay date:      09/05/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $347.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| WKP | 009608 | 674229 |  | 0000380041 | 1 |

# Earnings Statement 

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 08/30/2025
Period Ending: 09/12/2025
Pay Date: 09/19/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 23.00 | 379.50 | 5,725.00 |
| **Gross Pay** |  |  | **$379.50** | 5,725.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 23.00 |  |

| **Deductions** | Statutory |  |  |
|---|---|---|---|
|  | Social Security Tax | -23.53 | 354.95 |
|  | Medicare Tax | -5.50 | 83.01 |
|  | PA State Income Tax | -11.65 | 175.78 |
|  | Oakdale Boro Income Tax | -3.80 | 57.27 |
|  | Oakdale Boro Local Svc Tax | -2.00 | 32.00 |
|  | PA SUI Tax | -0.27 | 4.01 |
| **Net Pay** |  | **$332.75** |  |
|  | Checking | -332.75 |  |
| **Net Check** |  | **$0.00** |  |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:      Married

Your federal taxable wages this period are $379.50

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000380041
Pay date: 09/19/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx4198 | xxxx | xxxx | $332.75 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0000400041 | 1 |

# Earnings Statement 

JO'H PRODUCE  
1 PROGRESS ROAD  
BILLERICA, MA 01821  
(978)663-9000

Period Beginning: 09/13/2025  
Period Ending: 09/26/2025  
Pay Date: 10/03/2025

Filing Status: Married filing jointly  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

MICHAEL J OSLACKY  
517 HIGHLAND AVE  
OAKDALE PA 15071

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 24.00 | 396.00 | 6,121.00 |
| Comm | | | 100.00 | 100.00 |
| **Gross Pay** | | | **$496.00** | 6,221.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -30.75 | 385.70 |
| | Medicare Tax | -7.19 | 90.20 |
| | PA State Income Tax | -15.23 | 191.01 |
| | Oakdale Boro Income Tax | -4.96 | 62.23 |
| | Oakdale Boro Local Svc Tax | -2.00 | 34.00 |
| | PA SUI Tax | -0.34 | 4.35 |
| **Net Pay** | | **$435.53** | |
| | Checking | -435.53 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information**    this period    total to date  
Totl Hrs Worked    24.00

**Important Notes**  
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:    Married

Your federal taxable wages this period are $496.00

© 2000 ADP, Inc.

---

JO'H PRODUCE  
1 PROGRESS ROAD  
BILLERICA, MA 01821  
(978)663-9000

Advice number: 00000400041  
Pay date: 10/03/2025

Deposited to the account of  
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $435.53 |



# NON-NEGOTIABLE

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| WKP | 009608 | 874228 | | 00000420042 | 1 |

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 09/27/2025
Period Ending: 10/10/2025
Pay Date: 10/17/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 28.00 | 462.00 | 6,583.00 |
| Comm | | | | 100.00 |
| **Gross Pay** | | | **$462.00** | 6,683.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -28.65 | 414.35 |
| | Medicare Tax | -6.70 | 96.90 |
| | PA State Income Tax | -14.18 | 205.19 |
| | Oakdale Boro Income Tax | -4.62 | 66.85 |
| | Oakdale Boro Local Svc Tax | -2.00 | 36.00 |
| | PA SUI Tax | -0.33 | 4.68 |
| **Net Pay** | | | **$405.52** |
| | Checking | -405.52 | |
| **Net Check** | | | **$0.00** |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 28.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Married

Your federal taxable wages this period are $462.00

© 2000 ADP, Inc.

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000420042
Pay date: 10/17/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $405.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 10/11/2025
Period Ending: 10/24/2025
Pay Date: 10/31/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 25.00 | 412.50 | 6,995.50 |
| Comm | | | | 100.00 |
| **Gross Pay** | | | **$412.50** | 7,095.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -25.57 | 439.92 |
| | Medicare Tax | -5.98 | 102.88 |
| | PA State Income Tax | -12.66 | 217.85 |
| | Oakdale Boro Income Tax | -4.13 | 70.98 |
| | Oakdale Boro Local Svc Tax | -2.00 | 38.00 |
| | PA SUI Tax | -0.29 | 4.97 |
| **Net Pay** | | **$361.87** | |
| Checking | | -361.87 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 25.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:  Married

Your federal taxable wages this period are $412.50

© 2000 ADP, Inc.

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000440041
Pay date: 10/31/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $361.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| WKP | 009608 | 674228 | | 0000460041 | 1 |

# Earnings Statement 

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Period Beginning: 10/25/2025
Period Ending: 11/07/2025
Pay Date: 11/14/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 24.00 | 396.00 | 7,391.50 |
| Comm | | | | 100.00 |
| **Gross Pay** | | | **$396.00** | 7,491.50 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -24.55 | 464.47 |
| | Medicare Tax | -5.75 | 108.63 |
| | PA State Income Tax | -12.16 | 230.01 |
| | Oakdale Boro Income Tax | -3.96 | 74.94 |
| | Oakdale Boro Local Svc Tax | -2.00 | 40.00 |
| | PA SUI Tax | -0.27 | 5.24 |
| **Net Pay** | | **$347.31** | |
| | Checking | -347.31 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Married

Your federal taxable wages this period are $396.00

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number: 00000460041
Pay date: 11/14/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $347.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

WKP  009608  674228    0000480043  1

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

# Earnings Statement

**ADP**

Period Beginning:   11/08/2025
Period Ending:      11/21/2025
Pay Date:           11/28/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

MICHAEL J OSLACKY
517 HIGHLAND AVE
OAKDALE PA 15071

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 23.00 | 379.50 | 7,771.00 |
| Comm | | | | 100.00 |
| **Gross Pay** | | | **$379.50** | 7,871.00 |

## Deductions

| Statutory | | |
|---|---|---|
| Social Security Tax | -23.53 | 488.00 |
| Medicare Tax | -5.50 | 114.13 |
| PA State Income Tax | -11.65 | 241.66 |
| Oakdale Boro Income Tax | -3.80 | 78.74 |
| Oakdale Boro Local Svc Tax | -2.00 | 42.00 |
| PA SUI Tax | -0.27 | 5.51 |
| **Net Pay** | **$332.75** | |
| Checking | -332.75 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 23.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 978-663-9000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:           Married

Your federal taxable wages this period are $379.50

© 2000 ADP, Inc.

---

JO'H PRODUCE
1 PROGRESS ROAD
BILLERICA, MA 01821
(978)663-9000

Advice number:   00000480043
Pay date:        11/28/2025

Deposited to the account of
MICHAEL J OSLACKY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4198 | xxxx xxxx | $332.75 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**